# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE FRANCISCO A. BESOSA, U.S. DISTRICT JUDGE**

| | |
|---|---|
| COURTROOM DEPUTY: Cristina Dones Taylor | Date: September 15, 2022 |
| Court Reporter: Cindy Brown | Case: 22-cr-205 (FAB) |

Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Camille Garcia |
| v. | |
| (1) Pablo Colon-Rolon | Ian C. García, Esq. *substituting for* Michael Hasse, Esq. |
| (2) Carlos Castro-Lecumberri | Stephanie Torres, Esq. |
| (3) Enmanuel Matos-Matos | Miguel Oppenheimer, Esq. |
| (4) Jose Perez-Cuevas | Julio González Esq. *substituting for* Juan Acevedo, Esq. |
| (5) Juan Manuel Vazquez-Diaz | Ismael Rodríguez, Esq. |
| (6) Saul Montalvo-Mulero | Miguel Oppenheimer Esq. *substituting for* Diego Alcalá Esq. |
| (7) Luis M. Ortiz-Rivera | |
| (8) Miguel Pineiro-Ramos | Rosa Bonini, Esq. |
| (9) Nelson Suarez-Ortiz | Miguel Oppenheimer Esq. *substituting for* Lydia Lizarribar, Esq. |
| (10) Carlos Marrero-Vazquez | Ian C. García, Esq. |
| (11) Johan Torres-Feliciano | Julio González, Esq. |
| (12) Gustavo Rivera-Mulero | Miguel Oppenheimer Esq. *substituting for* Juan Matos, Esq. |
| (13) Abraham Nelson-Brenes | Carlos Sánchez-La Costa, Esq. |

Case called for Pretrial Conference.

The parties informed the Court as to the status of the case:

(1) Pablo Colon-Rolon: Parties have met, discovery has been discussed, plea offer tendered by the Government. Defense counsel believes the defendant will not go to trial.

(2) Carlos Castro-Lecumberri: Parties have met, specific discovery as the defendant was provided and discussed. Plea offer tendered by the Government which includes the instant case and case 21-450 PAD. Defense counsel informed that discovery for case 21-450 PAD was recently made available and additional time is needed to review the same. He does not foresee going to trial.

(3) Enmanuel Matos-Matos: Parties have met, specific discovery as the defendant was provided and discussed. Plea offer tendered by the Government. Defense counsel does not foresee going to trial.

(4) Jose Perez-Cuevas: Discovery has been provided as well as a plea offer. Meeting will be scheduled for next week.

(5) Juan Manuel Vazquez-Diaz: Parties have met, discovery has been discussed, and a plea offer was tendered by the Government which includes the instant case and case 21-366 FAB. The plea offer was sent, has not been discussed with Atty. Rafael Castro Lang who represents the defendant in case 21-366 FAB.

(6) Saul Montalvo-Mulero: Parties have met, discovery has been discussed, and plea offer was tendered by the Government. Cell extractions are pending, they will be provided next week.

(7) Luis M. Ortiz-Rivera: FUGITIVE

(8) Miguel Pineiro-Ramos: Plea offer has been tendered by the Government. Defense counsel is in the process of obtaining mitigation information to provide to the Government and continue negotiations. Defense counsel does not foresee going to trial.

(9) Nelson Suarez-Ortiz: A signed plea agreement was sent this morning to defense counsel. A COP motion will be filed once defense counsel returns to the island.

(10) Carlos Marrero-Vazquez: Defendant is also charged in 21-cr-79 DRD. Parties will meet. Plea offer will include both cases.

(11) Johan Torres-Feliciano: Parties have met, specific discovery as the defendant was provided and discussed. Plea offer tendered by the Government. Counteroffer made by the defense was rejected. Another counteroffer was verbally made today. Government will inform if the same will be accepted.

(12) Gustavo Rivera-Mulero: Defendant is also charged in 21-cr-79 DRD. Signed plea agreement including both cases has been tendered by the Government. COP motion will be filed by defense counsel.

(13) Abraham Nelson-Brenes: Defendant is also charged in 21-cr-79 DRD. Signed plea agreement including both cases has been tendered by the Government. COP motion will be filed by defense counsel.

---

Status Conference is set for 10/04/2022 at 9:00 AM in Courtroom 6 Old San Juan Courthouse.

*S/ Cristina Dones-Taylor*
Courtroom Deputy Clerk