UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO



| MINUTES OF PROCEEDINGS: | DATE: OCTOBER 14, 2022 |
|---|---|
| **BEFORE HONORABLE FRANCISCO A. BESOSA** | **CASE NO. 22-CR-205 (FAB)** |
| COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO | COURT REPORTER: ROBIN DISPENZIERI |

| **PARTIES:** | **ATTORNEYS:** |
|---|---|
| UNITED STATES OF AMERICA | AUSA CAMILLE GARCIA |
| | AUSA RICHARD VANCE EATON |

VS.

| PABLO COLON-ROLON (1) | IAN CARLOS GARCIA, *substituting* Michael Hasse |
|---|---|
| CARLOS CASTRO-LECUMBERRI (2) | STEPHANIE TORRES-PEREZ |
| ENMANUEL MATOS-MATOS (3) | JUAN MATOS, *substituting* Miguel Oppenheimer |
| JOSE PEREZ-CUEVAS (4) | JUAN R. ACEVEDO-CRUZ |
| JUAN MANUEL VAZQUEZ-DIAZ (5) | ISMAEL RODRIGUEZ-IZQUIERDO |
| SAUL MONTALVO-MULERO (6) | IAN CARLOS GARCIA, *substituting* Diego H. Alcala |
| LUIS M. ORTIZ-RIVERA (7) | *Fugitive* |
| MIGUEL PINEIRO-RAMOS (8) | ROSA IVETTE BONINI |
| NELSON SUAREZ-ORTIZ (9) | LYDIA LIZARRIBAR |
| CARLOS MARRERO-VAZQUEZ (10) | IAN CARLOS GARCIA |
| JOHAN TORRES-FELICIANO (11) | MARIA DOMINGUEZ |
| GUSTAVO RIVERA-MULERO (12) | JUAN MATOS-DE JUAN |

## CASE CALLED FOR STATUS CONFERENCE.

1- **Pablo Colón-Rolón:** Defense counsel informed that he does not foresee going to trial. They are in plea negotiations.
2- **Carlos Castro-Lecumberri:** Government informed that plea offer was tendered which includes the instant case and case 21-450 (2)(PAD). Requested additional time to continue with plea negotiation. He does not foresee going to trial.
3- **Enmanuel Matos-Matos:** Government informed that plea offer was tendered, and defense counsel requested additional time to meet with client to discuss the same. He does not foresee going to trial.
4- **José Pérez-Cuevas:** Government informed that plea offer was tendered, and defense counsel requested additional discovery.

5- **Juan Manuel Vázquez:** Plea offer was tendered which includes the instant case and case 21-366 (1) (FAB). Defense counsel informed that he will be meeting with prosecutor on Monday October 17, 2022 at 3:00 p.m. at the US Attorney's Office, together with counsel Rafael Castro-Lang who represent defendant in case 21-366(FAB).
6- **Saul Montalvo-Mulero:** Government informed that cell extractions were provided. Defense Counsel informed that he is pending to meet with client to discuss the same. This defendant has a pending a revocation hearing in criminal case 08-398 (8) (ADC).
7- **Luis M. Ortíz-Rivera**: *FUGITIVE.*
8- **Miguel Pineiro-Ramos:** Defense counsel submitted a counteroffer and does not foresee going to trial.
9- **Nelson Suarez-Ortíz:** Defense counsel informed that plea agreement is pending to be signed. The Change of Plea motion will be filed by October 21, 2022.
10- **Carlos Marrero-Vázquez:** Defendant is indicted in 21-79 (2) (DRD) and is relevant conduct to this case. Plea agreement will include both cases and does not foresee going to trial.
11- **Johan Torres-Feliciano:** Counteroffer was requested. Government will inform if the same will be accepted. Defense counsel does not foresee going to trial.
12- **Gustavo Rivera-Mulero:** Defendant is indicted in 21-79 (3) (DRD) is relevant conduct to this case. Change of Plea Motion to be filed by 10/24/2022. **The Change of Plea Hearing set for 10/27/2022 at 9:30 a.m. and in 21-79 (3) (DRD) . Court will ask Judge Dominguez to transfer his case to him.**

**FURTHER STATUS CONFERENCE set for November 15, 2022 at 9:00 a.m.**

The speedy trial is tolled in the interest of justice. The Court finds that the parties are engaged in good faith plea negotiations.

s/ *Sulma López-Defilló*

Courtroom Deputy