IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   Plaintiff,<br>v.<br><br>SAUL MONTALVO MULERO (6)<br>Defendant. | Criminal no. 22-205 (FAB) |

**INFORMATIVE MOTION AND FOR CONTINUANCE**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Montalvo Mulero, and respectfully states and prays as follows:

1. After discussing the case status and plea negotiations with Mr. Montalvo Mulero, a motion of change of plea on April 12, 2023. (*See* Docker Entry #350).

2. A change of plea hearing is currently scheduled for May 15, 2023. (*See* Docket Entry #355)

3. The undersigned counsel has since visited Mr. Montalvo Mulero at MDC Guaynabo on: April 17, 2023, April 19, 2023, April 27, 2023, and again today May 10, 2023, at MDC-Guaynabo.

4. Mr. Montalvo Mulero informed during those meetings that he wanted a new legal representative and was in the process of securing the services of a privately retained counsel.

5. The undersigned can attest that an attorney had a telephone conversation with an attorney that was considering if he would accept the case to discuss the case status. The attorney expressed a general agreement that he would in fact make an appearance in this matter.

6. Today, Mr. Montalvo Mulero confirmed that he has retained the services of a private attorney but that he needed two weeks to finalize some matters related to such hiring.

**WHEREFORE**, Mr. Mr. Montalvo Mulero respectfully requests that the information herein is noted and to continue the change of plea hearing for two weeks.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 10th day of May 2023.

I HEREBY CERTIFY, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com