# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   Plaintiff,<br>v.<br><br>SAUL MONTALVO MULERO (6)<br>Defendant. | Criminal no. 22-205 (FAB) |

### SECOND INFORMATIVE MOTION AND FOR CONTINUANCE

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Montalvo Mulero, and respectfully states and prays as follows:

1. At the request of the defendant, the Court continued the change of plea hearing for tomorrow, June 1, 2023. (*See* Docket Entry #378, 381)

2. The undersigned counsel visited Mr. Montalvo Mulero at MDC Guaynabo today to inquire as to the status of his retained counsel.

3. Mr. Montalvo Mulero informed that he needs additional time to complete the hiring process.

4. He also informed that his unit was locked down and had no access to any telephone for two days which hindered his ability to communicate with those outside of the detention center.

**WHEREFORE**, Mr. Montalvo Mulero respectfully requests that the information herein is noted and to continue the change of plea hearing is continued for two weeks.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 31st day of May 2023.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910

USDC-PR No. 300504
dalcala@defensorialegal.com