# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br><br>SAUL MONTALVO MULERO (6)<br>Defendant. | Criminal no. 22-205 (FAB) |

### THIRD INFORMATIVE MOTION AND FOR CONTINUANCE

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Montalvo Mulero, and respectfully states and prays as follows:

1. At the request of the defendant, the Court continued the change of plea hearing for tomorrow, June 14, 2023. (*See* Docket Entry #378, 381)

2. The undersigned has filed a motion to withdraw from this case. (*See* Docket Entry #418)

3. Furthermore, the undersigned also informs that he has a scheduled trip and will be outside of the jurisdiction on the current change of plea hearing date of June 14, 2023, but is available on June 21, 22, or 23, 2023 in the morning hours.

**WHEREFORE**, it is respectfully requested that the information herein is noted and to continue the change of plea hearing is continued or vacated pending the resolution of the Motion to Withdraw.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of June 2023.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910

USDC-PR No. 300504
dalcala@defensorialegal.com