# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>v.<br><br>SAUL MONTALVO MULERO (6)<br>Defendant. | Criminal no. 22-205 (FAB) |

**MOTION FOR AUTHORIZATION TO FILE CJA VOUCHER**

**TO THE HONORABLE COURT:**

Comes now the undersigned and respectfully states and prays as follows:

1. On June 21, 2023, Kehylis Vazquez Torres, Esq., appeared on behalf of Mr. Saul Montalvo Mulero. (*See* Docket Entry #439)

2. Upon request, the Court granted the undersigned's request for leave to withdraw from representing Mr. Montalvo Mulero. (*See* Docket Entry #422)

3. Since the appearance of sister counsel Vazquez Torres, Esq., the undersigned has forwarded the available discovery and briefed her on all matters relevant to the case.

WHEREFORE, due to the undersigned having completed all his duties in this case, permission is requested to file a CJA Voucher for this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23rd day of June, 2023.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504

dalcala@defensorialegal.com