IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**,<br><br>v.<br><br>SAUL MONTALVO-MULERO<br><br>**Defendant(s).** | Case No. 3:22-cr-0205-06 (FAB) |

### ORDER

The Report and Recommendation filed on July 19, 2023, ECF No. 474 on defendant's Rule 11 proceeding held before Magistrate Judge Giselle López-Soler on July 18, 2023, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the Indictment. Accordingly, the guilty plea of defendant as to count one of the Indictment is accepted.

**Sentencing hearing remains set for October 16, 2023 at 9:00 a.m. in Old San Juan Courthouse, Courtroom 6, First Floor.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of August 2023.

s/*Francisco A. Besosa*
FRANCISCO A. BESOSA
Senior United States District Judge